```
           IN THE UNITED STATES DISTRICT COURT FOR THE

                        DISTRICT OF NEBRASKA
```

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )           8:07CR282
                                )
       v.                       )
                                )
MICHAEL L. HILL,                )            ORDER
                                )
            Defendant.          )
_____)

       This matter is before the Court on the request for transcript/CD by a non party (Filing No. 45).  Inasmuch as no hearing was held on January 15, 2008, and there was no trial with any witnesses, the Court finds said motion should be denied. Accordingly,

       IT IS ORDERED that the request for transcript/CD by a non party is denied.

       DATED this 11th day of June, 2008.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court