IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR282 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL L. HILL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
|_____| ) | |

This matter is before the Court on defendant's motion to order government to respond to § 2255 motion (Filing No. 50), which motion (Filing No. 47) seeks to vacate, set aside or correcting his sentence. The Court finds plaintiff should response to said motion. Also pending is an application to proceed *in forma pauperis* (Filing No. 48), and the motion will be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to order government to respond is granted; plaintiff shall file a response to defendant's § 2255 motion on or before January 5, 2009.

2) Defendant's application to proceed *in forma pauperis* is granted.

DATED this 20th day of November, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court