IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )      8:07CR282
                             )
     v.                      )
                             )
MICHAEL L. HILL,             )      ORDER AND JUDGMENT
                             )
          Defendant.         )
_____)
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Defendant's motion under 28 U.S.C. § 2255 to vacate, set aside or correct sentence by a person in federal custody (Filing No. 47) is denied.

2) Defendant's motion for final disposition to be held in abeyance pending discovery (Filing No. 51) is denied as moot.

DATED this 26th day of January, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court